** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANASCAPE, LTD. | § | CASE NO. 9:17-CV-173 |
| | § | |
| *Plaintiff,* | § | JUDGE RON CLARK |
| | § | |
| v. | § | JJB |
| | § | |
| APPLE INC. | § | |
| | § | |
| *Defendant,* | § | |

### ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiff Anascape, Ltd. and Defendant Apple Inc.'s Agreed Motion to Dismiss with Prejudice. [Dkt. #10]. The Parties have settled the case and request that all claims for relief asserted by Anascape, Ltd. in this matter should be dismissed with prejudice and that all attorney's fees, costs of court and expenses shall be borne by each party incurring the same. The Court, having considered this request, determined that the Motion should be granted.

IT IS THEREFORE ORDERED that the Agreed Motion to Dismiss with Prejudice [Dkt. #10] is **GRANTED** and that all claims for relief asserted against Defendant Apple Inc. by Plaintiff Anascape, Ltd. herein are dismissed with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

**So Ordered and Signed**
Feb 9, 2018

_____
Ron Clark, United States District Judge